# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
                 §
Shawn P. Obrien      §    Case No. 15-06154
Lizbeth A. Obrien     §
                 §
          Debtors    §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 02/24/2015. The undersigned trustee was appointed on 02/24/2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---:|---:|
| 4. The trustee realized gross receipts of | $ | 12,500.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 311.86 |
| Bank service fees | | 119.80 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 12,068.34 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 09/01/2015 and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,000.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 2,000.00 , for a total compensation of $ 2,000.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/30/2016                 By: /s/Zane L. Zielinski
                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit A

| Case No: | 15-06154 | BWB | Judge: | Bruce W. Black | | Trustee Name: | Zane L. Zielinski |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Shawn P. Obrien | | | | | Date Filed (f) or Converted (c): | 02/24/2015 (f) |
| | Lizbeth A. Obrien | | | | | 341(a) Meeting Date: | 04/30/2015 |
| For Period Ending: | 03/30/2016 | | | | | Claims Bar Date: | 09/01/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 64 Oaklawn, Oswego, Il | 120,000.00 | 0.00 | | 4,500.00 | FA |
| 2. West Suburban Bank (Checking) | 7,830.48 | 7,992.00 | | 6,000.00 | FA |
| 3. West Suburban Bank (savings) | 4,221.52 | 4,221.52 | | 0.00 | FA |
| 4. Chase Bank (d/b/a as Fancy Candies) | 25.00 | 25.00 | | 0.00 | FA |
| 5. Household goods and furnishings, including audio, video, and | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 6. Wearing Apparel | 500.00 | 0.00 | | 0.00 | FA |
| 7. ING Life insurance | 2,851.02 | 0.00 | | 0.00 | FA |
| 8. Life Insurance | 0.00 | 0.00 | | 0.00 | FA |
| 9. 401(k) Plan | 122,000.00 | 122,000.00 | | 0.00 | FA |
| 10. 2014 Income Tax Refund | 0.00 | 0.00 | | 0.00 | FA |
| 11. Customer list | 0.00 | 0.00 | | 0.00 | FA |
| 12. 1985 Chevy S-10 | 500.00 | 500.00 | | 0.00 | FA |
| 13. 2003 Honda Odyssey | 500.00 | 500.00 | | 0.00 | FA |
| 14. Insurance Payment for 2002 Mercury Sable (u) | 0.00 | 2,499.81 | | 2,000.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)         $260,428.02         $139,738.33         $12,500.00         $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee is preparing tax returns.

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

Exhibit A

| | | | |
|---|---|---|---|
| RE PROP # | 2 | -- | West Suburban Bank (Checking) (balance is funds borrowed to pay our daughter's car) |
| RE PROP # | 3 | -- | West Suburban Bank (savings) |
| RE PROP # | 4 | -- | Chase Bank (d/b/a as Fancy Candies) |
| RE PROP # | 5 | -- | Ordinary Household Goods and Furnishings |
| RE PROP # | 6 | -- | Ordinary Clothes |
| RE PROP # | 7 | -- | ING Life insurance, the asset value was amended on April 20, 2015. |
| RE PROP # | 8 | -- | (Whole Life) |
| RE PROP # | 9 | -- | 401(k) Plan |
| RE PROP # | 10 | -- | Asset was removed on amended schedules filed April 20, 2015. |
| RE PROP # | 11 | -- | Customer list for Lizbeth O'Brien d/b/a Fancy Candies |
| RE PROP # | 12 | -- | 1985 Chevy S-10 |
| RE PROP # | 13 | -- | 2003 Honda Odyssey |

Initial Projected Date of Final Report (TFR): 12/01/2015        Current Projected Date of Final Report (TFR): 12/01/2015

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 15-06154 | Trustee Name: | Zane L. Zielinski |
|---|---|---|---|
| Case Name: | Shawn P. Obrien | Bank Name: | Associated Bank |
| | Lizbeth A. Obrien | Account Number/CD#: | XXXXXX4404 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX5768 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 03/30/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/21/15 | | Shawn O'Brien and Lizbeth O'Brien 64 Oaklawn Avenue Oswego, Il 60543 | Settlement Payment Settlement Payment from Debtors regarding estate assets | | $12,500.00 | | $12,500.00 |
| | | | Gross Receipts $12,500.00 | | | | |
| | 1 | | 64 Oaklawn, Oswego, Il $4,500.00 | 1110-000 | | | |
| | 2 | | West Suburban Bank (Checking) $6,000.00 | 1129-000 | | | |
| | 14 | | Insurance Payment for 2002 Mercury Sable $2,000.00 | 1129-000 | | | |
| 08/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $12,490.00 |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $18.57 | $12,471.43 |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.94 | $12,453.49 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $18.51 | $12,434.98 |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.89 | $12,417.09 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $18.46 | $12,398.63 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $18.43 | $12,380.20 |
| 02/27/16 | 5001 | Michael Hansbrough 504 Applain Way Matteson, IL 60443 | Administrative Fee | 3711-000 | | $300.00 | $12,080.20 |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 5)*   Page Subtotals:   $12,500.00   $419.80

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 15-06154 | Trustee Name: Zane L. Zielinski |
| Case Name: Shawn P. Obrien | Bank Name: Associated Bank |
| Lizbeth A. Obrien | Account Number/CD#: XXXXXX4404 |
| | Checking |
| Taxpayer ID No: XX-XXX5768 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/30/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/29/16 | 5002 | Arthur B. Levine Company<br>Maria Sponza<br>Adams-Levine<br>60 East 42nd Street, Room 965<br>New York, New York 10165 | Bond Payment | 2300-000 | | $11.86 | $12,068.34 |

| | | | |
|---|---|---|---|
| | COLUMN TOTALS | $12,500.00 | $431.66 |
| | Less: Bank Transfers/CD's | $0.00 | $0.00 |
| | Subtotal | $12,500.00 | $431.66 |
| | Less: Payments to Debtors | $0.00 | $0.00 |
| | Net | $12,500.00 | $431.66 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*            Page Subtotals:            $0.00        $11.86

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX4404 - Checking | $12,500.00 | $431.66 | $12,068.34 |
| | $12,500.00 | $431.66 | $12,068.34 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $12,500.00 |
| Total Gross Receipts: | $12,500.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 15-06154  
Debtor Name: Shawn P. Obrien  
Claims Bar Date: 9/1/2015  

Date: March 30, 2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Zane L. Zielinski<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Administrative | | $0.00 | $2,000.00 | $2,000.00 |
| A2 100 3110 | The Law Offices of William J. Factor, LTD.<br>105 W. Madison, Suite 1500<br>Chicago, IL 60602 | Administrative | | $0.00 | $3,187.50 | $3,187.50 |
| A3 100 3120 | The Law Offices of William J. Factor, LTD<br>105 W. Madison<br>Suite 1500<br>Chicago, IL 60602 | Administrative | | $0.00 | $24.68 | $24.68 |
| A 100 3310 | Alan D. Lasko & Associates, P.C.<br>Alan D. Lasko & Associates, P.C.<br>205 West Randolph Street<br>Suite 1150<br>Chicago, Illinois | Administrative | | $0.00 | $381.50 | $381.50 |
| 100 3711 | michael Hansbrough<br>504 Applian Way<br>Matteson, IL 60443 | Administrative | | $0.00 | $300.00 | $300.00 |
| 1 300 7100 | American Infosource Lp As Agent For<br>Presence Health<br>Po Box 248838<br>Oklahoma City, Ok 73124-8838 | Unsecured | | $0.00 | $396.15 | $396.15 |
| 2 300 7100 | Commerce Bank<br>P O Box 419248<br>Kcrec-10<br>Kansas City, Mo 64141-6248 | Unsecured | | $0.00 | $7,373.25 | $7,373.25 |
| 3 300 7100 | Discover Bank<br>Discover Products Inc<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Unsecured | | $0.00 | $5,524.81 | $5,524.81 |
| 4 300 7100 | Discover Bank<br>Discover Products Inc<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Unsecured | | $0.00 | $17,966.78 | $17,966.78 |

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 15-06154  
Debtor Name: Shawn P. Obrien  
Claims Bar Date: 9/1/2015  

Date: March 30, 2016

| | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 5 300 7100 | Quantum3 Group Llc As Agent For Comenity Bank Po Box 788 Kirkland, Wa 98083-0788 | Unsecured | | $0.00 | $1,738.81 | $1,738.81 |
| 6 300 7100 | Kendall County Treasurer & Collector Kendall County Collector 111 W. Fox Street Yorkville, Il 60560 | Unsecured | | $0.00 | $6,348.20 | $6,348.20 |
| 7 300 7100 | Pyod, Llc Its Successors And Assigns As Assignee Of Citibank, N.A. Resurgent Capital Services Po Box 19008 Greenville, Sc 29602 | Unsecured | | $0.00 | $24,970.25 | $24,970.25 |
| 8 300 7100 | Capital Recovery V, Llc C/O Recovery Management Systems Corporat 25 Se 2Nd Avenue Suite 1120 Miami Fl 33131-1605 | Unsecured | | $0.00 | $4,520.49 | $4,520.49 |
| | Case Totals | | | $0.00 | $74,732.42 | $74,732.42 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-06154
Case Name: Shawn P. Obrien
           Lizbeth A. Obrien
Trustee Name: Zane L. Zielinski

        Balance on hand        $    12,068.34

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Zane L. Zielinski | $ 2,000.00 | $ 0.00 | $ 2,000.00 |
| Attorney for Trustee Fees: The Law Offices of William J. Factor, LTD. | $ 3,187.50 | $ 0.00 | $ 3,187.50 |
| Accountant for Trustee Fees: Alan D. Lasko & Associates, P.C. | $ 381.50 | $ 0.00 | $ 381.50 |
| Other: michael Hansbrough | $ 300.00 | $ 300.00 | $ 0.00 |
| Other: The Law Offices of William J. Factor, LTD | $ 24.68 | $ 0.00 | $ 24.68 |

    Total to be paid for chapter 7 administrative expenses    $    5,593.68
    Remaining Balance    $    6,474.66

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 68,838.74 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Infosource Lp As Agent For | $ 396.15 | $ 0.00 | $ 37.26 |
| 2 | Commerce Bank | $ 7,373.25 | $ 0.00 | $ 693.49 |
| 3 | Discover Bank | $ 5,524.81 | $ 0.00 | $ 519.64 |
| 4 | Discover Bank | $ 17,966.78 | $ 0.00 | $ 1,689.87 |
| 5 | Quantum3 Group Llc As Agent For | $ 1,738.81 | $ 0.00 | $ 163.54 |
| 6 | Kendall County Treasurer & Collector | $ 6,348.20 | $ 0.00 | $ 597.08 |
| 7 | Pyod, Llc Its Successors And Assigns As Assignee | $ 24,970.25 | $ 0.00 | $ 2,348.59 |
| 8 | Capital Recovery V, Llc | $ 4,520.49 | $ 0.00 | $ 425.19 |
| | Total to be paid to timely general unsecured creditors | | $ | 6,474.66 |
| | Remaining Balance | | $ | 0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 11)*

   Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

   Tardily filed general (unsecured) claims are as follows:

NONE

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE