# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| **Shawn and Lisbeth O'Brien,** | Bankruptcy No. 15-06154 |
| Debtors. | Honorable Bruce W. Black |

## TRUSTEE'S CERTIFICATE OF SERVICE FOR
## NOTICE OF TRUSTEE'S FINAL REPORT

I, Zane L. Zielinski, caused a copy of the foregoing *Notice of Trustee's Final Report and Applications for Compensation (Docket #48)* to be served electronically through the Court's Electronic Notice for Registrants on all persons identified as Registrants on the Service List below and by U.S. mail on the creditors at the address shown below on April 4, 2016.

Dated: April 6, 2016

**Zane L. Zielinski**, not individually but as the chapter 7 trustee of the bankruptcy estate of **Shawn and Lisbeth O'Brien,**

By: /s/ Zane L. Zielinski
Bankruptcy Trustee

Zane L. Zielinski (6278776)
**THE LAW OFFICE OF
    ZANE L. ZIELINSKI, P.C.**
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
d.  773-877-3191
f.  815-846-8516
e.  trustee@zanezielinski.com

## ECF SERVICE LIST

- **Ariane Holtschlag**　aholtschlag@wfactorlaw.com, bharlow@wfactorlaw.com;gsullivan@ecf.inforuptcy.com
- **Patrick S Layng**　USTPRegion11.ES.ECF@usdoj.gov
- **Dennise L. McCann**　mccann@aandalaw.com, wheaton@aandalaw.com

## MANUAL SERVICE LIST

**VIA U.S. MAIL**
Capital Recovery V, Llc
C/O Recovery Management
Systems Corporate
25 Se 2Nd Avenue Suite 1120
Miami Fl 33131-1605

**VIA U.S. MAIL**
Kendall County Treasurer &
Collector
Kendall County Collector
111 W. Fox Street
Yorkville, Il 60560

**VIA U.S. MAIL**
Discover Bank
Discover Products Inc
Po Box 3025
New Albany, Oh 43054-3025

**VIA U.S. MAIL**
American Infosource Lp As Agent
For
Presence Health
Po Box 248838
Oklahoma City, Ok 73124-8838

**VIA U.S. MAIL**
Pyod, Llc Its Successors And
Assigns As Assignee
Of Citibank, N.A.
Resurgent Capital Services
Po Box 19008
Greenville, Sc 29602

**VIA U.S. MAIL**
Quantum3 Group Llc As Agent For
Comenity Bank
Po Box 788
Kirkland, Wa 98083-0788

**VIA U.S. MAIL**
Commerce Bank
P O Box 419248
Kcrec-10
Kansas City, Mo 64141-6248

**VIA U.S. MAIL**
**Shawn P. O'Brien** and
**Lizbeth A. O'Brien**
64 Oaklawn
Oswego, IL 60543