# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:                              §
                                    §
                                    §
Shawn P. Obrien                     §    Case No. 15-06154
Lizbeth A. Obrien                   §
                                    §
                                    §
        Debtors                     §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Zane L. Zielinski, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 124,025.27<br>*(Without deducting any secured claims)* | Assets Exempt: 42,350.75 |
| Total Distributions to Claimants: 6,474.66 | Claims Discharged<br>Without Payment: 248,383.72 |
| Total Expenses of Administration: 6,025.34 | |

    3) Total gross receipts of $ 12,500.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 12,500.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 88,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 6,025.34 | 6,025.34 | 6,025.34 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 173,155.64 | 68,838.74 | 68,838.74 | 6,474.66 |
| **TOTAL DISBURSEMENTS** | $ 261,155.64 | $ 74,864.08 | $ 74,864.08 | $ 12,500.00 |

   4)  This case was originally filed under chapter 7 on  02/24/2015 . The case was pending for 18 months.

   5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated:  08/24/2016          By:/s/Zane L. Zielinski
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 64 Oaklawn, Oswego, Il | 1110-000 | 4,500.00 |
| Insurance Payment for 2002 Mercury Sable | 1129-000 | 2,000.00 |
| West Suburban Bank (Checking) | 1129-000 | 6,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 12,500.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | PNC Bank Mortgage Servicing 3232 Newark Drive Miamisburg, OH 45342 | | 88,000.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 88,000.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Zane L. Zielinski | 2100-000 | NA | 2,000.00 | 2,000.00 | 2,000.00 |
| Arthur B. Levine Company | 2300-000 | NA | 11.86 | 11.86 | 11.86 |
| Associated Bank | 2600-000 | NA | 119.80 | 119.80 | 119.80 |
| The Law Offices of William J. Factor, LTD. | 3110-000 | NA | 3,187.50 | 3,187.50 | 3,187.50 |
| The Law Offices of William J. Factor, LTD | 3120-000 | NA | 24.68 | 24.68 | 24.68 |
| Alan D. Lasko & Associates, P.C. | 3310-000 | NA | 381.50 | 381.50 | 381.50 |
| michael Hansbrough | 3711-000 | NA | 300.00 | 300.00 | 300.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 6,025.34 | $ 6,025.34 | $ 6,025.34 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Accelerated Rehab Illinois 2396 Momentum Place Chicago, IL 60689-5323 | | 300.00 | NA | NA | 0.00 |
| | AES/NCT P.O. Box 61047 Harrisburg, PA 17106 | | 18,598.00 | NA | NA | 0.00 |
| | Affiliated Creditors Inc. 176 Thompson Lane 101 Nashville, TN 37211 | | 1,355.00 | NA | NA | 0.00 |
| | Anesthesia Associates, LTD 1 Kish Hospital Drive DeKalb, IL 60115 | | 78.00 | NA | NA | 0.00 |
| | AT&T PO Box 5080 Carol Stream, IL 60197 | | 142.18 | NA | NA | 0.00 |
| | Bank of America PO Box 982235 El Paso, TX 79998 | | 38,069.38 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Barclays Bank Delaware PO Box 8803 Wilmington, DE 19899 |  | 3,786.76 | NA | NA | 0.00 |
|  | Capio Partners 2222 Texoma PY 150 Sherman, TX 75091 |  | 252.00 | NA | NA | 0.00 |
|  | DSNB/ Macys PO Box 8218 Mason, OH 45040 |  | 3,169.25 | NA | NA | 0.00 |
|  | DuPage Medical Group 15921 Collections Center Drive Chicago, IL 60693 |  | 244.22 | NA | NA | 0.00 |
|  | Edward Hospital 801 South Washington Street Aurora, IL 60504 |  | 141.67 | NA | NA | 0.00 |
|  | FIA Card Services, N.A. P.O. Box 15026 Wilmington, DE 19850-5026 |  | 38,069.38 | NA | NA | 0.00 |
|  | Fox Collection Center PO BOX 528 Goodlettsville, TN 37070 |  | 162.00 | NA | NA | 0.00 |
| 1 | American Infosource Lp As Agent For | 7100-000 | 396.15 | 396.15 | 396.15 | 41.05 |
| 8 | Capital Recovery V, Llc | 7100-000 | 4,520.00 | 4,520.49 | 4,520.49 | 468.37 |
| 2 | Commerce Bank | 7100-000 | 7,373.00 | 7,373.25 | 7,373.25 | 763.94 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Discover Bank | 7100-000 | 5,524.81 | 5,524.81 | 5,524.81 | 572.43 |
| 4 | Discover Bank | 7100-000 | 17,966.78 | 17,966.78 | 17,966.78 | 1,861.54 |
| 6 | Kendall County Treasurer & Collector | 7100-000 | 6,298.00 | 6,348.20 | 6,348.20 | 0.00 |
| 7 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | 24,970.25 | 24,970.25 | 24,970.25 | 2,587.17 |
| 5 | Quantum3 Group Llc As Agent For | 7100-000 | 1,738.81 | 1,738.81 | 1,738.81 | 180.16 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 173,155.64 | $ 68,838.74 | $ 68,838.74 | $ 6,474.66 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-06154 | BWB | Judge: | Bruce W. Black | Trustee Name: | Zane L. Zielinski |
|---|---|---|---|---|---|---|
| Case Name: | Shawn P. Obrien | | | | Date Filed (f) or Converted (c): | 02/24/2015 (f) |
| | Lizbeth A. Obrien | | | | 341(a) Meeting Date: | 04/30/2015 |
| For Period Ending: | 08/24/2016 | | | | Claims Bar Date: | 09/01/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 64 Oaklawn, Oswego, Il | 120,000.00 | 0.00 | | 4,500.00 | FA |
| 2. West Suburban Bank (Checking) | 7,830.48 | 7,992.00 | | 6,000.00 | FA |
| 3. West Suburban Bank (savings) | 4,221.52 | 4,221.52 | | 0.00 | FA |
| 4. Chase Bank (d/b/a as Fancy Candies) | 25.00 | 25.00 | | 0.00 | FA |
| 5. Household goods and furnishings, including audio, video, and | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 6. Wearing Apparel | 500.00 | 0.00 | | 0.00 | FA |
| 7. ING Life insurance | 2,851.02 | 0.00 | | 0.00 | FA |
| 8. Life Insurance | 0.00 | 0.00 | | 0.00 | FA |
| 9. 401(k) Plan | 122,000.00 | 122,000.00 | | 0.00 | FA |
| 10. 2014 Income Tax Refund | 0.00 | 0.00 | | 0.00 | FA |
| 11. Customer list | 0.00 | 0.00 | | 0.00 | FA |
| 12. 1985 Chevy S-10 | 500.00 | 500.00 | | 0.00 | FA |
| 13. 2003 Honda Odyssey | 500.00 | 500.00 | | 0.00 | FA |
| 14. Insurance Payment for 2002 Mercury Sable (u) | 0.00 | 2,499.81 | | 2,000.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $260,428.02   $139,738.33   $12,500.00   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee is preparing tax returns.

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

| | | | |
|---|---|---|---|
| RE PROP # | 2 | -- | West Suburban Bank (Checking) (balance is funds from trust to pay our daughter's car) |
| RE PROP # | 3 | -- | West Suburban Bank (savings) |
| RE PROP # | 4 | -- | Chase Bank (d/b/a as Fancy Candies) |
| RE PROP # | 5 | -- | Ordinary Household Goods and Furnishings |
| RE PROP # | 6 | -- | Ordinary Clothes |
| RE PROP # | 7 | -- | ING Life insurance, the asset value was amended on April 20, 2015. |
| RE PROP # | 8 | -- | (Whole Life) |
| RE PROP # | 9 | -- | 401(k) Plan |
| RE PROP # | 10 | -- | Asset was removed on amended schedules filed April 20, 2015. |
| RE PROP # | 11 | -- | Customer list for Lizbeth O'Brien d/b/a Fancy Candies |
| RE PROP # | 12 | -- | 1985 Chevy S-10 |
| RE PROP # | 13 | -- | 2003 Honda Odyssey |

Initial Projected Date of Final Report (TFR): 12/01/2015     Current Projected Date of Final Report (TFR): 12/01/2015

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 15-06154 | Trustee Name: | Zane L. Zielinski | |
| Case Name: | Shawn P. Obrien | Bank Name: | Associated Bank | |
| | Lizbeth A. Obrien | Account Number/CD#: | XXXXXX4404 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX5768 | Blanket Bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 08/24/2016 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/21/15 | | Shawn O'Brien and Lizbeth O'Brien 64 Oaklawn Avenue Oswego, Il 60543 | Settlement Payment Settlement Payment from Debtors regarding estate assets | | $12,500.00 | | $12,500.00 |
| | | | Gross Receipts       $12,500.00 | | | | |
| | 1 | | 64 Oaklawn, Oswego, Il       $4,500.00 | 1110-000 | | | |
| | 2 | | West Suburban Bank (Checking)       $6,000.00 | 1129-000 | | | |
| | 14 | | Insurance Payment for 2002 Mercury Sable       $2,000.00 | 1129-000 | | | |
| 08/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $12,490.00 |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $18.57 | $12,471.43 |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.94 | $12,453.49 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $18.51 | $12,434.98 |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.89 | $12,417.09 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $18.46 | $12,398.63 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $18.43 | $12,380.20 |
| 02/27/16 | 5001 | Michael Hansbrough 504 Applain Way Matteson, IL 60443 | Administrative Fee | 3711-000 | | $300.00 | $12,080.20 |

Page Subtotals:     $12,500.00     $419.80

UST Form 101-7-TDR (10/1/2010) (Page: 10)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 15-06154 | Trustee Name: | Zane L. Zielinski |
| Case Name: | Shawn P. Obrien | Bank Name: | Associated Bank |
| | Lizbeth A. Obrien | Account Number/CD#: | XXXXXX4404 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX5768 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 08/24/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/29/16 | 5002 | Arthur B. Levine Company<br>Maria Sponza<br>Adams-Levine<br>60 East 42nd Street, Room 965<br>New York, New York 10165 | Bond Payment | 2300-000 | | $11.86 | $12,068.34 |
| 04/29/16 | 5003 | Zane L. Zielinski<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $2,000.00 | $10,068.34 |
| 04/29/16 | 5004 | The Law Offices of William J. Factor, LTD.<br>105 W. Madison, Suite 1500<br>Chicago, IL 60602 | Final distribution representing a payment of 100.00 % per court order. | 3110-000 | | $3,187.50 | $6,880.84 |
| 04/29/16 | 5005 | The Law Offices of William J. Factor, LTD<br>105 W. Madison<br>Suite 1500<br>Chicago, IL 60602 | Final distribution representing a payment of 100.00 % per court order. | 3120-000 | | $24.68 | $6,856.16 |
| 04/29/16 | 5006 | Alan D. Lasko & Associates, P.C.<br>Alan D. Lasko & Associates, P.C.<br>205 West Randolph Street<br>Suite 1150<br>Chicago, Illinois | Final distribution representing a payment of 100.00 % per court order. | 3310-000 | | $381.50 | $6,474.66 |
| 04/29/16 | 5007 | American Infosource Lp As Agent For Presence Health<br>Po Box 248838<br>Oklahoma City, Ok 73124-8838 | Final distribution to claim 1 representing a payment of 9.41 % per court order. | 7100-000 | | $37.26 | $6,437.40 |
| 04/29/16 | 5008 | Commerce Bank<br>P O Box 419248<br>Kcrec-10<br>Kansas City, Mo 64141-6248 | Final distribution to claim 2 representing a payment of 9.41 % per court order. | 7100-000 | | $693.49 | $5,743.91 |
| 04/29/16 | 5009 | Discover Bank<br>Discover Products Inc<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Distribution | | | $2,209.51 | $3,534.40 |
| | | Discover Bank | Final distribution to claim 3 representing a payment of 9.41 % per court order. | ($519.64) | 7100-000 | | |

Page Subtotals: $0.00   $8,545.80

UST Form 101-7-TDR (10/1/2010) (Page: 11)

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |  | |  | |
|---|---|---|---|---|---|
| Case No: | 15-06154 | | Trustee Name: | Zane L. Zielinski | |
| Case Name: | Shawn P. Obrien | | Bank Name: | Associated Bank | |
| | Lizbeth A. Obrien | | Account Number/CD#: | XXXXXX4404 | |
| | | | | Checking | |
| Taxpayer ID No: | XX-XXX5768 | | Blanket Bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 08/24/2016 | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Discover Bank | Final distribution to claim 4 representing a payment of 9.41 % per court order. | ($1,689.87) 7100-000 | | | |
| 04/29/16 | 5010 | Quantum3 Group Llc As Agent For Comenity Bank<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Final distribution to claim 5 representing a payment of 9.41 % per court order. | 7100-000 | | $163.54 | $3,370.86 |
| 04/29/16 | 5011 | Kendall County Treasurer & Collector<br>Kendall County Collector<br>111 W. Fox Street<br>Yorkville, Il 60560 | Final distribution to claim 6 representing a payment of 9.41 % per court order. | 7100-000 | | $597.08 | $2,773.78 |
| 04/29/16 | 5012 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Final distribution to claim 7 representing a payment of 9.41 % per court order. | 7100-000 | | $2,348.59 | $425.19 |
| 04/29/16 | 5013 | Capital Recovery V, Llc<br>C/O Recovery Management Systems Corporat<br>25 Se 2Nd Avenue Suite 1120<br>Miami Fl 33131-1605 | Final distribution to claim 8 representing a payment of 9.41 % per court order. | 7100-000 | | $425.19 | $0.00 |
| 06/08/16 | 5011 | Kendall County Treasurer & Collector<br>Kendall County Collector<br>111 W. Fox Street<br>Yorkville, Il 60560 | Final distribution to claim 6 representing a payment of 9.41 % per court order. Reversal Kendall County withdrew the claim and returned the check. | 7100-000 | | ($597.08) | $597.08 |
| 06/22/16 | 5014 | Clerk, U.S. Bankruptcy Court | Remit to Court | 7100-001 | | $3.79 | $593.29 |
| 06/22/16 | 5015 | Commerce Bank<br>P O Box 419248<br>Kcrec-10<br>Kansas City, Mo 64141-6248 | Final distribution to claim 2 representing a payment of 10.36 % per court order. | 7100-000 | | $70.45 | $522.84 |
| 06/22/16 | 5016 | Discover Bank<br>Discover Products Inc<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Distribution | | | $224.46 | $298.38 |

Page Subtotals: $0.00 $3,236.02

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 15-06154 | Trustee Name: | Zane L. Zielinski |
|---|---|---|---|
| Case Name: | Shawn P. Obrien | Bank Name: | Associated Bank |
|  | Lizbeth A. Obrien | Account Number/CD#: | XXXXXX4404 |
|  |  |  | Checking |
| Taxpayer ID No: | XX-XXX5768 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 08/24/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Discover Bank | Final distribution to claim 3 representing a payment of 10.36 % per court order. | ($52.79) 7100-000 | | | |
| | | Discover Bank | Final distribution to claim 4 representing a payment of 10.36 % per court order. | ($171.67) 7100-000 | | | |
| 06/22/16 | 5017 | Quantum3 Group Llc As Agent For Comenity Bank<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Final distribution to claim 5 representing a payment of 10.36 % per court order. | 7100-000 | | $16.62 | $281.76 |
| 06/22/16 | 5018 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Final distribution to claim 7 representing a payment of 10.36 % per court order. | 7100-000 | | $238.58 | $43.18 |
| 06/22/16 | 5019 | Capital Recovery V, Llc<br>C/O Recovery Management Systems Corporat<br>25 Se 2Nd Avenue Suite 1120<br>Miami Fl 33131-1605 | Final distribution to claim 8 representing a payment of 10.36 % per court order. | 7100-000 | | $43.18 | $0.00 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $12,500.00 | $12,500.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $12,500.00 | $12,500.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $12,500.00 | $12,500.00 |

Page Subtotals: $0.00   $298.38

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX4404 - Checking | $12,500.00 | $12,500.00 | $0.00 |
|  | $12,500.00 | $12,500.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $12,500.00 |
| Total Gross Receipts: | $12,500.00 |

Page Subtotals:        $0.00        $0.00